# UNITED STATES DISTRICT COURT
### for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:12CR00102-046 |
| Abraham Flores | ) | |
| | ) | USM No: 11027-028 |
| Date of Original Judgment: 10/29/2013 | ) | |
| Date of Previous Amended Judgment: | ) | Sara J. Varner |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  54  months **is reduced to**  46 months*  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/29/2013  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  4/16/2015

*Judge's signature*

Effective Date:  11/01/2015

*(if different from order date)*

Honorable Tanya Walton Pratt, U.S. District Court Judge

*Printed name and title*

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By
Deputy Clerk